# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                     dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                     ltrust@osbornlawpc.com

February 25, 2026

Application GRANTED. Plaintiff shall file his motion for judgment on the pleadings by **June 1, 2026**; Defendant shall file its response/cross-motion by **July 31, 2026**; and Plaintiff shall file his reply (if any) by **August 14, 2026**. The Clerk of Court is respectfully requested to terminate ECF 11.

**VIA ECF**

Dated:  February 25, 2026
       New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Honorable Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Mendez, Jr v. Commissioner of Social Security,*
       Civil Action 1:25-cv-08540-RFT

Dear Judge Tarnofsky,

We write on behalf of plaintiff, Gilbert Mendez, Jr., and with the consent of the defendant, to request a 90-day extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due on March 3, 2026, per the Court's November 19, 2025 Order implementing Administrative Order No. 2025-15 following the restoration of funding. This is the parties' first request for an extension of time.  The Plaintiff requests this extension due to numerous briefs and overlapping deadlines in the next several weeks.

Subject to the approval of the Court, the amended briefing schedule would be as follows:

1.  Plaintiff to file his motion for judgment on the pleadings on or before **June 1, 2026**;

2.  Defendant to file its response/cross-motion on or before **July 31, 2026**; and

3.  Plaintiff to file his reply (if any) on or before **August 14, 2026.**

43 West 43rd Street, Suite 131          Telephone 212-725-9800          osbornlawpc.com
New York, New York 10036                Facsimile  212-500-5115          info@osbornlawpc.com

Honorable Robyn F. Tarnofsky
February 25, 2026
Page 2


        Thank you for your consideration of this request.


                                        Respectfully submitted,


                                        s/Daniel A. Osborn
                                        Daniel A. Osborn
                                        OSBORN LAW, P.C.
                                        43 West 43rd Street, Suite 131
                                        New York, New York 10036
                                        Telephone:    212-725-9800
                                        Facsimile:    212-500-5115
                                        dosborn@osbornlawpc.com


    cc: Fergus John Kaiser, Esq. (by ECF)