UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GILBERT MENDEZ JR.,

                          Plaintiff,                  25 **CIVIL** 8540 (RFT)

      -v-                                       **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 29, 2026, the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Commissioner of Social Security for this further administrative action.

**Dated:** New York, New York

      June 29, 2026

                                     **TAMMI M. HELLWIG**

                                     _____
                                       **Clerk of Court**

                     **BY:**

                                  **Deputy Clerk**